# NO. 12-17-00024-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *HC PINNACLE CLUB HOMEOWNERS ASSOCIATION, INC., APPELLANT* | § | *APPEAL FROM THE 392ND* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *S.B. MCLAUGHLIN ASSOCIATES, INC., APPELLEE* | § | *HENDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, HC Pinnacle Club Homeowners Association, Inc., and Appellee, S.B. McLaughlin Associates, Inc., have filed a joint motion to dismiss this appeal. In the motion, the parties state that they have reached a settlement. The motion is signed by counsel for each party. Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), we ***grant*** the joint motion, and ***dismiss*** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered November 15, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 15, 2017**

**NO. 12-17-00024-CV**

**HC PINNACLE CLUB HOMEOWNERS ASSOCIATION, INC.,**
Appellant
V.
**S.B. MCLAUGHLIN ASSOCIATES, INC.,**
Appellee

Appeal from the 392nd District Court
of Henderson County, Texas (Tr.Ct.No. CV15-0610-392)

THIS CAUSE came on to be heard on the joint motion of the parties to dismiss the appeal herein, and the same being considered, it is the opinion of this court that the motion to dismiss be **granted**.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed** and that all costs of this appeal be, and the same are, adjudged against the party that incurred them; for which execution may issue; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*